### LEE v. THE STATE.

EVANS, P. J.  1.  Under the conflicting evidence, there was no error in refusing to grant a new trial on account of the alleged bias of a juror. *Humphrey* v. *State*, 141 *Ga.* 671 (81 S. E. 1034).

2.  The evidence warranted the verdict, which has the approval of the trial judge; and no sufficient reason is made to appear for the grant of a new trial.  *Judgment affirmed. All the Justices concur.*

MARCH 14, 1916.

Indictment for murder. Before Judge George. Wilcox superior court. November 17, 1915.

*D. B. Nicholson* and *Max E. Land,* for plaintiff in error.

*Clifford Walker, attorney-general, Joseph B. Wall, solicitor-general,* and *Mark Bolding,* contra.